# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFF KENDIG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN TIER ENERGY LP; NORTHERN TIER ENERGY GP LLC; DAVID L. LAMP; PAUL L. FOSTER; LOWRY BARFIELD; TIMOTHY BENNETT; ROCKY L. DUCKWORTH; THOMAS HOFMANN; DAN F. SMITH; JEFF A. STEVENS; SCOTT D. WEAVER; WESTERN REFINING, INC.; WESTERN ACQUISITION CO., LLC; EVERCORE GROUP L.L.C.,<br><br>Defendants. | C.A. No. 17-985-GMS |

## JOINT RULE 81.2 STATEMENT

This case was transferred from the United States District Court for the District of Arizona on July 20, 2017. Pursuant to Local Rule 81.2, the parties jointly file this statement identifying all pending matters which require judicial action.

The only pending matter which requires judicial action is Defendants' Motion to Dismiss filed on December 22, 2016. *See* D.I. 31.[1] Plaintiff filed his response on January 19, 2017. *See* D.I. 46. Defendants filed their reply on January 26, 2017, which was amended the next day to correct citation errors. *See* D.I. 49, 51. The parties now intend to review the Motion to Dismiss and accompanying briefing to determine if any updates are required to conform with the District of Delaware's Local Rules.

---

[1] The Motion to Dismiss relies on documents referenced in the Complaint. Under the local rules of the District of Arizona, Defendants were required to set out any item that required judicial notice in a separate filing. *See* D.I. 32-33.

1

Following the parties' review and possible updates to the Motion to Dismiss and related briefing, the motion will be ready for resolution. In accordance with the Private Securities Litigation Reform Act, the Motion to Dismiss stays all other proceedings until resolved. *See* 15 U.S.C. § 78u-4(b)(3)(B). The Plaintiff has secured Delaware counsel, who has entered his appearance in this action. Delaware counsel for the Defendants will enter their appearance within the period provided for in Local Rule 83.5(e); in the interim, Defense Counsel have conferred and authorized attorneys from Richards, Layton & Finger, P.A. to consent to and file this statement on behalf of all Defendants. The Defendants expressly reserve any and all objections to personal jurisdiction.

| | |
|---|---|
| ___/s/ Michael D. Van Gorder_____<br>Michael D. Van Gorder<br>Faruqi & Faruqi, LLP<br>20 Montchanin Road, Suite 145<br>Wilmington, DE 19807<br>302-482-3182<br>mvangorder@faruqilaw.com<br><br>*Counsel for Plaintiff*<br><br>DATED: August 10, 2017 | __/s/ Gregory V. Varallo_____<br>Gregory V. Varallo (#2242)<br>C. Malcolm Cochran, IV (#2377)<br>Nicole K. Pedi (#6236)<br>RICHARDS, LAYTON & Finger, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>varallo@rlf.com<br>cochran@rlf.com<br>pedi@rlf.com<br><br>*Counsel for Defendants Northern Tier Energy LP; Northern Tier Energy GP LLC; David L. Lamp; Paul L. Foster; Lowry Barfield; Jeff A. Stevens; and Scott D. Weaver*<br><br>Michael C. Holmes<br>Craig E. Zieminski<br>Marissa A. Wilson<br>VINSON & ELKINS LLP<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201-2975 |

RLF1 17963614v.1

*Counsel for Defendants Northern Tier Energy LP; Northern Tier Energy GP LLC; David L. Lamp; Paul L. Foster; Lowry Barfield; Jeff A. Stevens; Scott D. Weaver; Western Refining, Inc.; and Western Acquisition Co.*

M. Scott Barnard
Daniel S. Park
AKIN GUMP STRAUSS HAUER & FELD
1700 Pacific Avenue Suite 4100
Dallas TX 75201-4624

*Counsel for Defendants Timothy Bennett; Rocky L. Duckworth; Thomas Hofmann; and Dan F. Smith*

　/s/ Pilar G. Kraman　
Rolin P. Bissell (#4478)
Kathaleen S. McCormick (#4579)
Pilar G. Kraman (#5199)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
rbissell@ycst.com
kmccormick@ycst.com
pkraman@ycst.com

*Counsel for Defendant Evercore Group L.L.C.*