## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFF KENDIG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHERN TIER ENERGY LP, NORTHERN TIER ENERGY GP LLC, DAVID L. LAMP, PAUL L. FOSTER, LOWRY BARFIELD, TIMOTHY BENNET, ROCKY L. DUCKWORTH, THOMAS HOFMANN, DAN F. SMITH, JEFF A. STEVENS, SCOTT D. WEAVER, WESTERN REFINING, INC., WESTERN ACQUISITION CO., LLC, and EVERCORE GROUP L.L.C.,<br><br>　　　　　　　Defendants. | C.A. No. 17-985-GMS |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Stipulation of all Parties who have appeared in this action, it is hereby stipulated that this action is voluntarily dismissed with prejudice as to the above-named Plaintiff only and dismissed without prejudice as to any members of the putative class. Each party will bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| */s/ Michael D. Van Gorder* | */s/ C. Malcolm Cochran, IV* |
| Michael D. Van Gorder | Gregory V. Varallo (#2242) |
| Faruqi & Faruqi, LLP | C. Malcolm Cochran, IV (#2377) |
| 20 Montchanin Road, Suite 145 | Katharine L. Mowery (#5629) |
| Wilmington, DE 19807 | Nicole K. Pedi (#6236) |
| (302) 482-3182 | RICHARDS, LAYTON & FINGER, P.A. |
| mvangorder@faruqilaw.com | One Rodney Square |
| | 920 North King Street |
| *Attorneys for Plaintiff* | Wilmington, DE 19801 |
| | (302) 651-7700 |
| Dated: September 8, 2017 | varallo@rlf.com |

RLF1 18089888v.1

cochran@rlf.com
mowery@rlf.com
pedi@rlf.com

*Counsel for Defendants Northern Tier Energy LP; Northern Tier Energy GP LLC; David L. Lamp; Paul L. Foster; Lowry Barfield; Jeff A. Stevens; Scott D. Weaver; Western Refining, Inc.; and Western Acquisition Co.*

| | |
|---|---|
| /s/ William M. Lafferty | /s/ Kathaleen S. McCormick |
| William M. Lafferty | Rolin P. Bissell (#4478) |
| Ryan D. Stottmann | Kathaleen S. McCormick (#4579) |
| Morris, Nichols, Arsht & Tunnell LLP | Pilar G. Kraman (#5199) |
| 1201 North Market Street | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| P.O. Box 1347 | Rodney Square |
| Wilmington, DE 19899 | 1000 North King Street |
| (302) 351-9430 | Wilmington, DE 19801 |
| wlafferty@mnat.com | (302) 571-6600 |
| rstottmann@mnat.com | rbissell@ycst.com |
| | kmccormick@ycst.com |
| | pkraman@ycst.com |

*Counsel for Defendants Timothy Bennett, Rocky L. Duckworth, Thomas Hofmann, Dan F. Smith*

*Counsel for Defendant Evercore Group L.L.C.*